# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ELIJAH L. HAWTHORNE (#356896)

VERSUS

CHANCE LEMOINE, ET AL

CIVIL ACTION

NUMBER 14-427-JWD-SCR

## **O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 22, 2015 to which no objection was filed:

**IT IS ORDERED** that the Motion to Dismiss filed on behalf of defendant Capt. Ernesco Lollis and the Motion to Dismiss filed on behalf of Sgt. Chance Lemoine, record document numbers 29 and 46, respectively, are denied without prejudice to the defendants moving to dismiss the operative amended complaint and this matter be referred back to the magistrate judge for further proceedings.

Signed in Baton Rouge, Louisiana, on May 12, 2015.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**