UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ELIJAH L. HAWTHORNE (#356896)

CIVIL ACTION

VERSUS

NO. 14-0427-JWD-EWD

CHANCE LEMOINE, ET AL.

**O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued June 28, 2016, to which an objection was filed:

**IT IS ORDERED** that Plaintiff's Motion for Injunctive Relief (R. Doc. 98) is denied. The issues raised by Plaintiff can be adequately addressed at the trial of this matter.

Signed in Baton Rouge, Louisiana, on July 11, 2016.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**