# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| ELIJAH L. HAWTHORNE (#356896) | |
|---|---|
| | CIVIL ACTION |
| VERSUS | |
| | NO. 14-427-JWD-EWD |
| CHANCE LEMOINE, ET AL. | |

## RULING AND ORDER

Plaintiff's motion styled "Plaintiff do not Objection To The Defendant's fileing There Motion for medical records under seal if as follows:" (Doc 149) is granted in part and denied in part as moot.

C-1 will be admitted independently of the medical records and not under seal.

As to exhibits B-2 and B-3, the Defendants have already been ordered to provide Plaintiff a copy of his exhibits (Doc 146) and therefore this is denied as moot.

Signed in Baton Rouge, Louisiana, on August 24, 2017.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA